IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Fazzie et al.,
    **Plaintiff**

v.                                         Case No. JKB 15-1730

Steinberg et al.,
    **Defendant**

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendants against the Plaintiffs, it is this 2nd day of October, 2018,

**ORDERED,**

1.    Judgment is entered in favor of Defendants against Plaintiffs, with costs; and

2.    Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

*James K. Bredar*
*Chief Judge*

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND
2018 OCT -3 PM 12: 14
CLERK'S OFFICE AT BALTIMORE
BY ___JH___ DEPUTY